IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON RUIZ,

      Plaintiff,                    No. CIV S-09-0318 GGH P

    vs.

DR. AKINTOLA, et al.,

      Defendants.             <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On February 4, 2009, plaintiff filed a complaint alleging that on November 12, 2008, he had major reconstructive surgery on his left knee at the U.C. Davis Hospital. Plaintiff alleges that when he returned to Mule Creek State Prison after the surgery, the written orders for physical therapy from U.C. Davis Hospital were not in his medical file. When he returned to U.C. Davis Hospital on December 22, 2008, the doctors there sent plaintiff back to Mule Creek State Prison with orders for a nine month rehabilitation physical therapy program. Plaintiff was told that if he did not receive the physical therapy, he would become disabled and most likely require another surgery.

        Plaintiff alleges that the last time he received physical therapy or saw a doctor at Mule Creek State Prison was on December 17, 2008. Despite severe pain, he has received no

pain medication since January 18, 2009.

Plaintiff is seeking an order for physical therapy and pain medication. The court intends to act on plaintiff's request for injunctive relief within twenty days of the date of this order. Defendants have not been served and are not required to appear. If defendants wish to take any position with respect to plaintiff's request, they may do so within twenty days from the date of this order.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant are granted twenty days from the date of this order to respond to plaintiff's request for injunctive relief;

2. The Clerk of the Court is directed to electronically serve this order on Supervising Deputy Attorney General Monica Anderson.

DATED: February 17, 2009

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

ruiz318.inj