IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON RUIZ,

        Plaintiff,                    No. CIV S-09-318 GGH P

    vs.

DR. AKINTOLA, et al.,

        Defendants.             <u>ORDER</u>

_____/

        On February 17, 2009, the court granted defendants twenty days to respond to plaintiff's request for injunctive relief. In particular, plaintiff sought an order for physical therapy and pain medication.

        On March 9, 2009, the court received a letter from the Office of the Attorney General stating that plaintiff is being seen by a physical therapist and that his last session was on February 23, 2009. This letter did not address the request for pain medication. If defendants wish to take a position regarding plaintiff's request for pain medication, they are granted ten days to do so.

////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants are granted ten days from the date of this order to file briefing addressing plaintiff's request for pain medication;

2. The Clerk of the Court is directed to electronically serve this order on Supervising Deputy Attorney General Tracy S. Hendrickson: Tracy.Hendrickson@doj.ca.gov.

DATED: March 12, 2009

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

ruiz318.ord